**Order entered May 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

## ALBERT LUTTERODT, Appellant

### V.

## EMILY LANE OWNERS ASSOCIATION, INC., Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-12648-G

## ORDER

The reporter's record in this appeal was filed November 24, 2015, but it did not include the trial exhibits. We have attempted, in three prior orders, to ensure the exhibits are filed. Our last order, entered April 16, 2015, directed court reporter Vielica Dobbins to file, no later than May 1, 2015, a supplemental record containing all trial exhibits even though she had not received full payment of her fees. Our order was based on the delay the lack of a complete record is causing in the appeal, e-mail exchanges appellant provided us showing Ms. Dobbins had agreed to a payment plan, and what appeared to be a successful payment plan of the fees associated with the record that has been filed. By letter dated May 8, 2015, Ms. Dobbins informed us that she had not discussed, or approved, payment arrangements with appellant and she is unable to front the cost of preparing the supplemental record.

Because this appeal cannot proceed with an incomplete record and appellant and the court reporter disagree as to the payment of the reporter's fee, we **ORDER** the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court, to conduct a hearing no later than June 17, 2015 and make findings, based on live or affidavit testimony, as to

- the amount of Ms. Dobbins's fee;
- whether Ms. Dobbins agreed to accept payment of her fee in installments;
- if Ms. Dobbins agreed to a payment plan, whether specific terms were set;
- if specific terms were set, what those terms were;
- if no specific terms were set, what terms would be satisfactory to appellant and Ms. Dobbins; and,
- the amount appellant has paid to date for the record of the exhibits.

We further **ORDER** Dallas County District Clerk Felicia Pitre to file no later than June 22, 2015 a supplemental clerk's record containing the trial court's findings of fact from the hearing. The reporter's record from this hearing shall also be filed no later than June 22, 2015.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Tillery, Ms. Pitre, Ms. Dobbins, and counsel for all parties.

We **ABATE** this appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated June 23, 2015 or when the Court receives the requested records of the hearing, whichever occurs sooner.


/s/    CRAIG STODDART
       JUSTICE